UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, | ) | Civil No. 06-CV-2642-L(NLS) |
| Plaintiff, | ) ) | **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION [doc. #17]** |
| v. | ) ) | |
| GOLDEN EAGLE INSURANCE CORPORATION; *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

Good cause appearing, **IT IS ORDERED** granting joint motion for dismissal with prejudice of the above-captioned case in its entirety, each side bearing their own costs. **IT IS FURTHER ORDERED** directing the Clerk of the Court to close this case.

**IT IS SO ORDERED.**

DATED: March 22, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL COUNSEL/PARTIES

06cv2642